|   |   |
|---|---|
| 1 | LAW OFFICES OF MICHAEL J. ZINICOLA |
|   | MICHAEL J. ZINICOLA SBN 113298 |
| 2 | 770 L STREET STE 950 |
|   | SACRAMENTO CA 95814 |
| 3 | (916) 443-8115; |
|   | (FAX) 258-0326 |
| 4 | e-mail mikezinicola@hotmail.com |

Attorney for Plaintiff Donald Sanchez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DONALD SANCHEZ | CASE NO. 2:09-cv-01186-MCE-GGH |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND WITHDRAWAL OF MOTION TO DISMISS BY MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.** |
| v. | |
| INDYMAC BANK, FSB; INDYMAC FEDERAL BANK, F.S.B. in its separate capacity and as successor to INDYMAC BANK; FSB; MTC FINANCIAL, INC DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.; WINDSOR CAPITOL MORTGAGE CORPORATION, a California corporation, doing business as NORTH POINT LENDING & INVESTMENTS; LINDA TEMKO; BARBARA CIULLO; JEFF B. Mc GREGOR; RONNY EARLY; FIRST PRIORITY FINANCIAL INC., dba North Point Lending & Investments; DAVID MICHAEL SOLDATI; THRIVEST FINANCIAL INC., a California corporation; MICHAEL ANTHONY LIPSCOMB; and DOES 1-20 inclusive, | |
| Defendants. | |
| _____/ | |

Defendant Mortgage Electronic Registration System, Inc. ("MERS"), by and through its attorney Marissa M. Prayongratana of Allen Matkins Leck Gamble Mallory & Natsis LLP, and Plaintiff Donald Sanchez by and through his attorney Michael J. Zinicola of the Law Offices of

ORDER ON STIPULATION WITH MERS INC., FOR FILING FIRST AMENDED COMPLAINT

Michael J. Zinicola have stipulated as follows:

1. Plaintiff shall file and serve by Friday, June 19, 2009, his first amended complaint;

2. Defendant Mortgage Electronic Registration System, Inc. shall withdraw without prejudice its Motion to Dismiss presently scheduled for hearing on July 16, 2009, at 9:00 a.m. The withdraw of the motion to dismiss shall only take place after the filing fo the first amended complaint.

GOOD CAUSE appearing therefore, the Court hereby approves and orders the stipulation as stated above.

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE