UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SANCHEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>INDYMAC FEDERAL BANK FSB, MTC FINANCIAL, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., WINDSOR CAPITOL MORTGAGE CORPORATION, LINDA TEMKO, BARBARA CIULLO, JEFF G. McGREGOR, RONNY EARLY, FIRST PRIORITY FINANCIAL INC., DAVID MICHAEL SOLDATI, THRIVEST FINANCIAL INC., MICHAEL ANTHONY LIPSCOMB, and DOES 1 - 20, inclusive,<br><br>   Defendants. | Case No. 2:09-cv-01186MCE-GGH<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ORDER<br><br>Judge:  Hon. Morrison C. England, Jr. |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

831937.01/LA

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

-1-

# **ORDER**

Having read and considered the Stipulation filed by and between counsel for Plaintiff Donald Sanchez and Defendant Mortgage Electronic Registration Systems, Inc., and finding good cause therefore, the Court hereby orders that Defendant Mortgage Electronic Registration Systems, Inc is hereby dismissed from this action without prejudice.  The case remains active against other Defendants.  Each of the parties will bear its own fees and costs incurred with respect to this action.

DATED: July 15, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

831937.01/LA

-2-

[PROPOSED] ORDER RE: STIPULATION
FOR DISMISSAL OF DEFENDANT
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.