1  Renée Welze Livingston (SBN 124280)
   Jason G. Gong (SBN 181298)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendant THE FEDERAL DEPOSIT
6  INSURANCE CORPORATION, as Receiver for
   INDYMAC BANK, F.S.B. and INDYMAC FEDERAL BANK, F.S.B.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DONALD SANCHEZ,                          )  Case No. 2:09-CV-01186-MCE-GGH
                                             )
        Plaintiff,                           )
12                                           )
        vs.                                  )  **STIPULATION OF DISMISSAL; ORDER**
13                                           )
    INDYMAC BANK, F.S.B.; INDYMAC            )
14  FEDERAL BANK, F.S.B. in its separate     )  Complaint Filed:  04/30/09
    capacity and as successor to INDYMAC     )  Trial Date:  None
15  BANK; F.S.B.; WINDSOR CAPITOL            )
    MORTGAGE CORPORATION, a                  )
16  California corporation, doing business as )
    NORTH POINT LENDING &                    )
17  INVESTMENTS; LINDA TEMKO;                )
    BARBARA CIULLO; JEFF B.                  )
18  McGREGOR; RONNY EARLY; FIRST             )
    PRIORITY FINANCIAL INC., dba North       )
19  Point Lending & Investments; DAVID       )
    MICHAEL SOLDATI; and DOES 1-20           )
20  inclusive,                               )
                                             )
21      Defendants.                          )
    _____)
22

23          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by reason of the parties

24  meeting and conferring on the terms below, plaintiff DONALD SANCHEZ and defendant THE

25  FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK,

26  F.S.B. and INDYMAC FEDERAL BANK, F.S.B. ("FDIC-Receiver"), by and through their

27  counsel of record, hereby stipulate that the FDIC-Receiver is dismissed without prejudice from

28  the above-captioned action.  Each side will bear their own fees and costs incurred in this action.

                                            1

1   **IT IS SO STIPULATED**

2   Dated:  April 22, 2010                    LAW OFFICES OF MICHAEL J. ZINICOLA

3

4                                            By:_____/s/_____

5                                                MICHAEL J. ZINICOLA
                                                 Attorney for Plaintiff DONALD SANCHEZ
6

7

8   Dated:  April 26, 2010                    LIVINGSTON LAW FIRM, P.C.

9

10                                           By:_____/s/_____

11                                               JASON G. GONG
                                                 Attorney for Defendant THE FEDERAL DEPOSIT
12                                               INSURANCE CORPORATION, as Receiver for
                                                 INDYMAC BANK, F.S.B. and INDYMAC FEDERAL
13                                               BANK, F.S.B.

14

15

16                                    **ORDER**

17        Having reviewed the parties' stipulation and good cause appearing, the Court orders that

18   the FDIC-Receiver is hereby dismissed without prejudice from this action.  The parties being

19   dismissed will bear their own attorney's fees and costs incurred in this action.

20        **IT IS SO ORDERED.**

21

22   Dated:  April 27, 2010

23                                           _____

24                                           MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28