UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD SANCHEZ,	No. 2:09-cv-01186-MCE-GGH

    Plaintiff,

   v.	MEMORANDUM AND ORDER

INDYMAC BANK, FSB, et al.,

    Defendants.

----oo0oo----

Presently before the Court is a Motion by Federal Home Loan Mortgage Corporation ("Freddie Mac") seeking to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a)(2). Freddie Mac is the current owner of property located at 485 Ribier Court, Manteca, County of San Joaquin, California, which was purchased at a trustee's sale that took place on September 17, 2009 following default by Plaintiff Donald Sanchez ("Plaintiff") on a mortgage loan secured by the property.

///

///

1

1  Freddie Mac seeks to intervene for the purpose of filing a
2 Motion to Expunge Lis Pendens which it alleges Plaintiff
3 improperly recorded against the property.  Plaintiff has filed a
4 Statement of Non-Opposition in which it opposes the allegation of
5 improper recordation but does not oppose the grant of the Motion
6 to Intervene.
7  Without opposition, Freddie Mac's Motion to Intervene
8 (Docket No. 59) is hereby GRANTED.[1]  The Court declines to
9 immediately adopt movant's proposed Motion to Expunge but does
10 grant leave to file said motion by way of regular motion practice
11 as outlined by Local Rules.
12  IT IS SO ORDERED.

Dated: July 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court deemed this matter suitable for decision without oral argument.  Local Rule 230 (g).

2