UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SANCHEZ, | Case No. 2:09-cv-01186-MCE-KJN |
| Plaintiff, | ORDER GRANTING REQUEST FOR DISMISSAL OF INTERVENOR FEDERAL HOME LOAN MORTGAGE CORPORATION |
| vs. | |
| INDYMAC FEDERAL BANK, FSB, MTC FINANCIAL, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WINDSOR CAPITOL, MORTGAGE CORPORATION, LINDA TEMKO, BARBARA CIULLO, JEFF G. McGREGOR, RONNY EARLY, FIRST PRIORITY FINANCIAL, INC., DAVID MICHAEL SOLDATI, THRIVEST FINANCIAL INC., MICHAEL ANTHONY LIPSCOMB, and DOES 1-20, inclusive, | Ctrm:   7<br>Judge:   Hon. Morrison C. England, Jr. |
| Defendants. | |

# ORDER

**GOOD CAUSE APPEARING**, and pursuant to the Request for Dismissal of Intervenor Federal Home Loan Mortgage Corporation, submitted by Intervenor Federal Home Loan Mortgage Corporation, **IT IS HEREBY ORDERED** that:

1. Intervenor Federal Home Loan Mortgage Corporation is hereby dismissed from this action WITHOUT prejudice.

2. Each party to bear their own attorney's fees and costs with respect to said action.

**IT IS SO ORDERED.**

**DATED:** April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE