UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD SANCHEZ,                                No. 2:09-cv-01186-MCE-KJN

      Plaintiff,

  v.                                          **ORDER**

INDYMAC, FSB et al.,

      Defendants.

----oo0oo----

Plaintiff seeks redress from Defendants regarding loan transactions and a proposed foreclosure action on Plaintiff's property.  On May 5, 2011, Plaintiff appeared before this Court for an Order to Show Cause for failure to file a timely Joint Status Report.  At the hearing, the Court ordered Plaintiff to file a Request for an Entry of Default Judgment on or before June 6, 2011.

Plaintiff did not do so.  However on June 10, 2011, Plaintiff's counsel filed a declaration with the Court explaining his client's damages (ECF No. 83).  The declaration did not accompany the required Request for an Entry of Default. Plaintiff's counsel's declaration is insufficient, and does not satisfy the Court's requirement that Plaintiff file a timely Request for an Entry of Default.

1

1       Therefore, Plaintiff's Declaration and accompanying exhibits
2  (ECF Nos. 83 and 84) are rejected.  Plaintiff is ordered to file a
3  Request to Enter Default Judgment within ten (10) days of this
4  Order being electronically filed.  Plaintiff's failure to file the
5  appropriate documents will result in terminating sanctions, without
6  further notice to the parties, for failure to comply with the
7  Court's previous Order of May 5, 2011.
8       IT IS SO ORDERED.
9  Date:  July 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE